United States Courts
Southern District of Texas
FILED

*October 04, 2022*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. **L-22-CR-1242** |
| **ANTHONY MICHAEL DEL BOSQUE** | § § | **MGM** |
| **ALBERTO DEL BOSQUE** | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

On or about **August 31, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and
ALBERTO DEL BOSQUE,**

did knowingly possess and transfer a machinegun, that is, four (4) privately made components referred to as drop-in auto-sears, without serial numbers and industry markings, in violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

## COUNT TWO

On or about **August 31, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and
ALBERTO DEL BOSQUE,**

did knowingly possess a firearm, that is, four (4) privately made components referred to as drop-in auto-sears, without serial numbers and industry markings, made in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871, and Title 18, United States Code, Section 2.

## COUNT THREE

On or about **August 31, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and**
**ALBERTO DEL BOSQUE,**

did knowingly possess a firearm, that is, four (4) privately made components referred to as drop-in auto-sears, without serial numbers and industry markings, not registered to them in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about **August 31, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and**
**ALBERTO DEL BOSQUE,**

did knowingly and unlawfully transfer a firearm, that is, four (4) privately made components referred to as drop-in auto-sears, without serial numbers and industry markings, not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871, and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about **August 31, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and**
**ALBERTO DEL BOSQUE,**

did knowingly possess a firearm, that is, four (4) privately made components referred to as drop-in auto-sears, not identified by a serial number as required by Chapter 53 of Title 26, in violation

of Title 26, United States Code, Sections 5861(i), and 5871, and Title 18, United States Code, Section 2.

## COUNT SIX

On or about **September 1, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and
ALBERTO DEL BOSQUE,**

did knowingly possess and transfer a machinegun, that is, a privately made AR-style rifle in 5.56mm, with a barrel of less than 16 inches, without serial numbers and industry markings, in violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

## COUNT SEVEN

On or about **September 1, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and
ALBERTO DEL BOSQUE,**

did knowingly possess a firearm, that is, a privately made AR-style rifle in 5.56mm, with a barrel of less than 16 inches, without serial numbers and industry markings, made in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871, and Title 18, United States Code, Section 2.

## COUNT EIGHT

On or about **September 1, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and
ALBERTO DEL BOSQUE,**

did knowingly possess a firearm, that is, a privately made AR-style rifle in 5.56mm, with a barrel of less than 16 inches, without serial numbers and industry markings, not registered to them in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

## COUNT NINE

On or about **September 1, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and**
**ALBERTO DEL BOSQUE,**

did knowingly and unlawfully transfer a firearm, that is, a privately made AR-style rifle in 5.56mm, with a barrel of less than 16 inches, without serial numbers and industry markings, not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871, and Title 18, United States Code, Section 2.

## COUNT TEN

On or about **September 1, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and**
**ALBERTO DEL BOSQUE,**

did knowingly possess a firearm, that is, a privately made AR-style rifle in 5.56mm, with a barrel of less than 16 inches, not identified by a serial number as required by Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i), and 5871, and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about **September 9, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and
ALBERTO DEL BOSQUE,**

did knowingly possess and transfer two (2) machineguns, that is, privately made AR-style rifles in 5.56mm, each with a barrel of less than 16 inches, without serial numbers and industry markings, in violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

## COUNT TWELVE

On or about **September 9, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and
ALBERTO DEL BOSQUE,**

did knowingly possess a firearm, that is, two (2) privately made AR-style rifles in 5.56mm, each with a barrel of less than 16 inches, without serial numbers and industry markings, made in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871, and Title 18, United States Code, Section 2.

## COUNT THIRTEEN

On or about **September 9, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and
ALBERTO DEL BOSQUE,**

did knowingly possess a firearm, that is, two (2) privately made AR-style rifles in 5.56mm, each with a barrel of less than 16 inches, without serial numbers and industry markings, not registered

to them in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

On or about **September 9, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and
ALBERTO DEL BOSQUE,**

did knowingly and unlawfully transfer a firearm, that is, two (2) privately made AR-style rifles in 5.56mm, each with a barrel of less than 16 inches, without serial numbers and industry markings, not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871, and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

On or about **September 9, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANTHONY MICHAEL DEL BOSQUE, and
ALBERTO DEL BOSQUE,**

did knowingly possess a firearm, that is, two (2) privately made AR-style rifles in 5.56mm, each with a barrel of less than 16 inches, not identified by a serial number as required by Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i), and 5871, and Title 18, United States Code, Section 2.

## COUNT SIXTEEN

On or about **September 9, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ALBERTO DEL BOSQUE,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, thirty (30) rounds of 5.56mm ammunition, and the ammunition was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

**18 U.S.C. §§ 922(g) and 922(o)**
**(Counts 1, 6, 11, and 16)**

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to Defendant,

**ANTHONY MICHAEL DEL BOSQUE, and**
**ALBERTO DEL BOSQUE,**

that upon conviction of a violation of Title 18, United States Code, Section 922(g) or 922(o), all firearms/ammunition involved in said violations are subject to forfeiture, including but not limited to the following:

1) four (4) privately made components referred to as drop-in auto-sears, without serial numbers and industry markings;

2) three (3) privately made AR-style rifles in 5.56mm, each with a barrel of less than 16 inches, without serial numbers and industry markings; and

3) approximately thirty (30) rounds of 5.56mm ammunition.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

JENNIFER B. LOWERY
UNITED STATES ATTORNEY


José Angel Moreno
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

___LAREDO___ DIVISION                                    NO.___L-22-CR-1242___

FILE:22-06817          MAG#:  22-00000
INDICTMENT             Filed: October 4, 2022            Judge:__MGM__

                                        ATTORNEYS:

UNITED STATES OF AMERICA

                                        JENNIFER B. LOWERY, USA
 VS.                                    JOSÉ ANGEL MORENO, AUSA

**ANTHONY MICHAEL DEL BOSQUE**
**ALBERTO DEL BOSQUE**

**CHARGES:**

Counts 1, 6 & 11:    Illegal Possession of a Machinegun
                     [18 USC 922(o), 924(a)(2), and 2]
Counts 2, 7 & 12:    Possession of Firearm Made in Violation of NFA
                     [26 USC 5822, 5861(c), and 5871 and 18 USC 2]
Counts 3, 8 & 13:    Possession of Unregistered Firearm
                     [26 USC 5841, 5861(d), and 5871 and 18 USC 2]
Counts 4, 9 & 14:    Transfer of Firearm in Violation of NFA
                     [26 USC 5812, 5861(e), and 5871 and 18 USC 2]
Counts 5, 10 & 15:   Possession of Firearm Unidentified by Serial Number
                     [26 USC 5861(i), and 5871 and 18 USC 2]
Count 16             Possession of Ammunition by a Prohibited Person
                     [18 USC 922(g)(1), 924(a)(2)]

         Notice of Forfeiture for Counts 1, 6, 11, & 16

**TOTAL COUNTS: 16**

**PENALTY:**

Cts. 1, 6, 11 & 16:    0 to 10 years and/or $250,000 Fine, $100 special assessment,
                       Not more than a three (3)-year term of supervised release
Cts. 2-5, 7-10 & 11-15    0 to 10 years and/or $10,000 Fine, $100 special assessment,
                       Not more than a three (3)-year term of supervised release